No. 98–7121. DUTTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–7122. FRENCH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–7123. FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 98–7127. SINGLETARY *v.* LUKEHART ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 98–7128. ALLEN *v.* CRABTREE, WARDEN. C. A. 9th Cir. Certiorari denied. ▮

No. 98–7129. CLAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 98–7130. MARTINEZ *v.* UNITED STATES; and
No. 98–7134. TINEO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 165 F. 3d 34.

No. 98–7135. WHEELER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–7136. WALTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–7139. CRAWFORD *v.* MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7140. CANTU-TZIN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. ▮

No. 98–7141. FITZGERALD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7147. BOWMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 98–7149. BLOUNT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–7150. JACKSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮